## **PARENT COMPANY GUARANTEE**

This Parent Company ("Guarantee") Guarantee is given and delivered by Dynamic Industries Inc. (herein called "PARENT") to POSH SAUDI CO. LTD (herein called "COMPANY").

### WITNESSETH

In order to induce COMPANY to enter into an agreement for work to be performed for the Saudi Aramco CRPO-3648 Project under the Time Charter for Offshore Services Vessels Supplytime 2005 dated 1 October, 2018 for the hire of the Endeavour or Enterprise ("Agreement") with Dynamic International Saudi Arabia LLC ("Contractor"), a subsidiary of PARENT, it is hereby agreed as follows:

1. PARENT, for itself, its successors and assigns, hereby guarantees to COMPANY, its successors and assigns, the full and faithful performance by Contractor, its successors and assigns of each and every one of the terms, provisions, conditions, obligations and agreements on the part of Contractor to be made, carried out, performed or observed as provided in the Agreement;

2. If at any time default is made by Contractor in the performance of any of the terms, provisions, conditions, obligations and agreements or in any other matter or thing pertaining to the Agreement or in the payment of any sums payable pursuant thereto which are to be made, carried out, performed, paid or observed by Contractor, its successors or assigns, PARENT will well and truly perform, or cause to be so performed, the obligations and agreements contained in the Agreement and will pay any sum that may be payable in consequence of the nonperformance by Contractor, its successors and assigns of any of the terms, provisions, conditions, obligations and agreements contained in the Agreement;

3. PARENT covenants and agrees with COMPANY, its successors and assigns that (i) waiver by COMPANY of any of the terms, provisions, conditions, obligations and agreements of the Agreement, (ii) any modification or changes to the Agreement, (iii) the giving of any consent to an assignment or the making of any assignment of the Agreement and (iv) their granting of extensions of time to Contractor, its successors and assigns may or any of them be made and done without notice to PARENT and without in any way affecting, changing or releasing PARENT from its obligation given under this Guarantee, and such changes or extensions of time may be granted, such waiver and consents may be given and such modifications and assignments may be made without notice to or the consent of PARENT and without impairing the obligations of the Guarantee hereby given.

4. Any provisions of the Agreement which limit the liability of Contractor to COMPANY, or the rights and remedies of COMPANY against Contractor, shall similarly limit the liabilities attaching to PARENT, and the rights and remedies of COMPANY against PARENT, under this Guarantee. For the avoidance of doubt, PARENT shall not by virtue of this Guarantee assume any liability to COMPANY which is greater or of longer duration than it would have owed had PARENT been a party to the Agreement in substitution for Contractor. Furthermore, COMPANY agrees to exercise all reasonable efforts to mitigate any losses, expenses, damages, costs and any other adverse impacts of any kind or character resulting from Contractor's or PARENT's failure to perform any obligation under the Agreement or this Guarantee.

5. This guarantee shall be governed by and construed in accordance with English law.

**EXHIBIT "A"**

IN WITNESS WHEREOF, PARENT has executed this 1st day of October, 2018.

Signed: _Donald W. Shuter_  Witness by: _[signature]_
Name: _Donald W. Sinitiere_  Name: _A.R. Gunasekaran_
Title: _COO + EVP_  Title: _Supply Chain Manager_
(Duly Authorized Officer of Parent)  (Duly Authorized Officer of Parent)