

Clyde & Co Clasis Singapore Pte. Ltd.
12 Marina Boulevard #30-03
Marina Bay Financial Centre Tower 3
Singapore 018982
Telephone: +65 6544 6500
Facsimile: +65 6544 6501
www.clydeco.com

paul.collier@clydeco.com
ikwei.chong@clydeco.com

**By Email**

Dentons UK and Middle East LLP

Attn   James Langley / Matthew Turner

| Our Ref | Your Ref | Date: |
|---|---|---|
| PMC/IWC/10220703 | | 16 September 2020 |

Dear Sirs

**POSH SAUDI CO. LTD v DYNAMIC INDUSTRIES SAUDI ARABIA LTD**
**"POSH ENDEAVOUR" - CHARTERPARTY DATED 1 OCTOBER 2018**

1. As you know, we act for POSH Saudi Co. Ltd ("**Owners**") in the above referenced arbitration proceedings against Dynamic Industries Saudi Arabia Ltd ("**Charterers**").

2. We write further to the Final Arbitration Award dated 2 September 2020, a copy of which is enclosed with this letter.

3. The Final Arbitration Award from the Tribunal states as follows:

    "(A) **WE FIND AND HOLD** that the Owners' claim in the sum of US$3,998,167.80 succeeds in full.

    (B) **WE THEREFORE AWARD AND ADJUDGE** that the Charterers shall forthwith pay to the Owners the said sum of US$3,998,167.80 (Three Million Nine Hundred and Ninety Eight Thousand, One Hundred and Sixty-Seven United States Dollars and eighty cents) **PLUS** interest at the contractual rate of 2% per month from the due date of each of the invoices set out in paragraph 4 of our Reasons until the date of payment.

    (C) **WE FURTHER AWARD AND ADJUDGE:**

    (i) that the Charterers shall bear their own costs and pay the Owners' costs of the reference (and the Owners' said costs may, if not agreed, be determined by us or in the High Court in London in the Owners' option on the basis set out in s.63(5) of the Arbitration Act), for which purpose **WE HEREBY RESERVE JURISDICTION** to make a subsequent Award of Costs;

    (ii) that the Charterers shall further bear and pay the costs of this our Final Arbitration Award (inclusive of our fees and interlocutory charges in relation hereto) in the sum of £16,800, **PROVIDED ALWAYS** that if, in the first instance, the

Clyde & Co Clasis Singapore Pte. Ltd. (a limited liability company registered in Singapore under No. 201316191K) is licensed and regulated by the Legal Services Regulatory Authority of Singapore as a Joint Law Venture between Clyde & Co LLP (an international law firm authorised and regulated by the Solicitors' Regulation Authority of England and Wales) and Clasis LLC (a Singapore law firm whose members are regulated by the Law Society of Singapore).  Clyde & Co Clasis Singapore Pte. Ltd. uses the word "partner" to refer to a director of Clyde & Co Clasis Singapore Pte. Ltd., or a person with equivalent standing as a member of Clyde & Co LLP.

**EXHIBIT "C"**

*Owners shall have paid any amount in respect of the costs of this our Award they shall be entitled to immediate reimbursement of any sum or sums so paid;* **AND**

*(iii) that the Charterers shall pay interest on any sums payable to the Owners under sub-paragraph C(i) and (ii) above at the rate of 4.5% (four and one-half per cent) per annum or pro rata compounded at three-monthly rests from the date of this our Final Arbitration Award until the date of payment or reimbursement as appropriate."*

4. Pursuant to the Final Arbitration Award, the following amounts are owed to Owners by Charterers:

    (1) US$3,998,167.80 in respect of the principal sum Awarded to Owners by the Tribunal (as per paragraphs (A and B));

    (2) Interest at the contractual rate of 2% per month, from the due date of each of Owners' invoices until the date of payment (as per paragraph (B));

    (3) Owners' costs of the reference (as per paragraph (C(i));

    (4) £8,400 in relation to the payment made by Owners to the Tribunal in respect of 50% of the Tribunal's fees of £16,800 (as per paragraph (C(ii));

    (5) Interest on (3) and (4) above at the rate of 4.5% per annum or pro rata from the date of the Final Arbitration Award (2 September 2020) compounded at three monthly rests to the date of payment (as per paragraph (C(ii)).

5. Owners have calculated their costs of this reference as US$25,828 and GBP 525 as per the cost schedule set out at Annex 1 to this letter. Owners invite Charterers to confirm agreement to pay these costs, which are plainly both reasonable and proportionate in light of the amount in dispute.

6. Owners **HEREBY DEMAND** that the above sums, namely US$3,998,167.80 in respect of the principal sum awarded, plus costs of £8,925 and US$25,828 together with interest as set out above are paid forthwith, and in any event within 14 calendar days of the date of this letter, to the following account of Owners:

    Bank Account No: 3272498940440

    Bank Name: Riyad Bank

    City: Dammam.

7. In the event that payment is not received within 14 calendar days (i.e. by 30 September 2020) then Owners reserve the right to:

    (a) take action to enforce the Final Arbitration Award against the assets of Dynamic Industries Saudi Arabia Ltd; and/or
    (b) to commence proceedings against Dynamic Industries Inc under the Parent Company Guarantee.

    Please be guided accordingly. Owners also reserve the right to take any other action against Charterers they consider necessary in circumstances of Charterers' default.

8. Should Charterers not agree to pay Owners' costs as set out in paragraph 5, then Owners will proceed to apply to the Tribunal for an Award in respect of their costs of US $25,828 and GBP 525. In any event, any dispute raised by Charterers in respect of Owners' costs cannot delay payment of the principal sum of US$3,998,167.80 or the sum of £8,400 paid

       by Owners in respect of the Tribunal's fees, together with interest owed on these sums, which as per the Final Arbitration Award, are payable forthwith.

9. Needless to say, any delay in Charterers in making payment will result in further interest falling due to Owners.

10. Owners look forward to receiving confirmation within 14 days (i.e. by no later than 30 September 2020) that payment of the sums set out in paragraph 4 have been remitted to Owners in full, together with documentary evidence of payment.

All Owners' rights remain fully reserved.

Yours faithfully

*Clyde & Co Clasis*

Clyde & Co Clasis Singapore Pte. Ltd.

Enc.

**Annex 1: Owners' Statement of Costs**

**POSH SAUDI CO. LTD v DYNAMIC INDUSTRIES SAUDI ARABIA LTD**
**"POSH ENDEAVOUR" - CHARTERPARTY DATED 1 OCTOBER 2018**

| Casehandler | Hourly Rate (US$) | Time Attending Matter (Hours) | Total (US$) |
|---|---|---|---|
| Ik Wei Chong (Partner) | 570 | 5.5 | 3,135 |
| Paul Collier (Senior Associate) | 450 | 46.5 | 20,925 |
| Asyraf Isnin (Associate) | 340 | 5.2 | 1,768 |
| | | TOTAL (US$): | 25,828 |

Disbursements: appointment fee of Mr. Edward Mocatta (GBP 350) and 50% of appointment fee of Mr. Baker-Harber (GBP 175) totalling **GBP 525.**