

Clyde & Co Clasis Singapore Pte. Ltd.
12 Marina Boulevard #30-03
Marina Bay Financial Centre Tower 3
Singapore 018982
Telephone: +65 6544 6500
Facsimile: +65 6544 6501
www.clydeco.com

paul.collier@clydeco.com
ikwei.chong@clydeco.com

**By Email**

Dentons UK and Middle East LLP

Attn   James Langley / Matthew Turner

| Our Ref | Your Ref | Date: |
|---|---|---|
| PMC/IWC/10220703 | | 8 October 2020 |

Dear Sirs

**POSH SAUDI CO. LTD v DYNAMIC INDUSTRIES SAUDI ARABIA LTD**
**"POSH ENDEAVOUR" - CHARTERPARTY DATED 1 OCTOBER 2018**

1. We write further to our letter dated 16 September 2020.

2. Our letter dated 16 September 2020 requested that Dynamic Industries Saudi Arabia Ltd ("**Charterers**") make payment to POSH Saudi Co. Ltd ("**Owners**") of the principal sum of US$3,998,167.80 plus interest and costs awarded by the Tribunal in the Final Arbitration Award dated 2 September 2020.

3. The deadline for any possible appeal to the Final Arbitration Award to be filed has expired, meaning that the Award is final and unappealable.

4. We have not received any response to our letter dated 16 September 2020 and Charterers have not made any payments in respect of the sums outstanding to Owners.

5. Moreover, Charterers have failed to pay the sums of US$25,828 and GBP 525 calculated by Owners as their costs in this reference (set out in Annex 1 to this letter and our letter dated 16 September 2020). Charterers have also failed to confirm their agreement to pay these costs.

6. Owners therefore put Charterers on notice that:

    a. Should Charterers fail to confirm their agreement to pay the sums of US$25,828 and GBP 525 to Owners within 7 days of the date of this letter, Owners will forthwith apply to the Tribunal for a subsequent Award of Costs;

    b. Should Charterers fail to pay Owners the principal sum of US$3,998,167.80 and £8,400 in respect of Owners' payment to the Tribunal, together with interest due thereon, within 7 days of the date of this letter, then Owners intend to proceed to take further legal action against the assets of Dynamic Industries Saudi Arabia Ltd and/or against Dynamic Industries Inc under the Parent Company Guarantee.

Clyde & Co Clasis Singapore Pte. Ltd. (a limited liability company registered in Singapore under No. 201316191K) is licensed and regulated by the Legal Services Regulatory Authority of Singapore as a Joint Law Venture between Clyde & Co LLP (an international law firm authorised and regulated by the Solicitors' Regulation Authority of England and Wales) and Clasis LLC (a Singapore law firm whose members are regulated by the Law Society of Singapore).  Clyde & Co Clasis Singapore Pte. Ltd. uses the word "partner" to refer to a director of Clyde & Co Clasis Singapore Pte. Ltd., or a person with equivalent standing as a member of Clyde & Co LLP.

**EXHIBIT "D"**

7. Owners look forward to hearing from Charterers within 7 days; i.e. by no later than 15 October 2020.

All Owners' rights remain fully reserved.

Yours faithfully

*Clyde & Co Clasis*

Clyde & Co Clasis Singapore Pte. Ltd.

**Annex 1: Owners' Statement of Costs**

**POSH SAUDI CO. LTD v DYNAMIC INDUSTRIES SAUDI ARABIA LTD**
**"POSH ENDEAVOUR" - CHARTERPARTY DATED 1 OCTOBER 2018**

| Casehandler | Hourly Rate (US$) | Time Attending Matter (Hours) | Total (US$) |
|---|---|---|---|
| Ik Wei Chong (Partner) | 570 | 5.5 | 3,135 |
| Paul Collier (Senior Associate) | 450 | 46.5 | 20,925 |
| Asyraf Isnin (Associate) | 340 | 5.2 | 1,768 |
| | | TOTAL (US$): | 25,828 |

Disbursements: appointment fee of Mr. Edward Mocatta (GBP 350) and 50% of appointment fee of Mr. Baker-Harber (GBP 175) totalling **GBP 525.**